# UNITED STATES DISTRICT COURT

for the

## Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>_____<br>Samuel Harris<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:21-CR-00171 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Samuel Harris                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Defraud the United States and to Commit an Offense
42 U.S.C. § 1320a-7b(b)(1)(A); 18 U.S.C. § 2 - Violation of the Anti-Kickback Statute and Aiding and Abetting
18 U.S.C. § 1349 - Conspiracy to Commit Health Care Fraud
18 U.S.C. § 1347; 18 U.S.C. § 2 - Health Care Fraud and Aiding and Abetting

Date: 08/01/2022
                                                                    _Dalaina Thompson_
                                                                    *Issuing officer's signature*

City and state:   Nashville, TN
                                                                    Dalaina Thompson, Case Administrator
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____          _____<br>                                                        *Arresting officer's signature*<br><br>                                                        _____<br>                                                        *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Samuel Harris _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____