UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:21-CR-00171 |
| | ) JUDGE RICHARDSON |
| FADEL Y. ALSHALABI | ) |
| | ) |

## VERDICT FORM

We, the jury, find the following:

1. On Count One of the Second Superseding Indictment (conspiracy to defraud the United States or to offer or pay or solicit or receive kickbacks or bribes), Defendant Alshalabi is:

    __X__ Guilty  _____ Not Guilty

    **If you found Defendant Alshalabi guilty on Count One, please proceed to check one or both of the following boxes as appropriate.**

    The object or objects of the conspiracy in which Defendant Alshalabi participated was or were (check one or both):

    _____ Defrauding the United States

    __X__ Violating the Anti-Kickback Statute

2. On Count Two of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

3. On Count Three of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

4. On Count Four of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

5. On Count Five of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty  _X_ Not Guilty

6. On Count Six of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty  _X_ Not Guilty

7. On Count Seven of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _____ Guilty  _X_ Not Guilty

8. On Count Eight of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

9. On Count Nine of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

10. On Count Ten of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

11. On Count Eleven of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

12. On Count Twelve of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

13. On Count Thirteen of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

14. On Count Fourteen of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

15. On Count Fifteen of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: _X_ Guilty  _____ Not Guilty

16. On Count Sixteen of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: __X__ Guilty _____ Not Guilty

17. On Count Seventeen of the Second Superseding Indictment (violation of the Anti-Kickback statute), Defendant Alshalabi is: __X__ Guilty _____ Not Guilty

18. On Count Twenty-Seven of the Second Superseding Indictment (conspiracy to commit health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

19. On Count Twenty-Eight of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

20. On Count Twenty-Nine of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

21. On Count Thirty of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

22. On Count Thirty-One of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

23. On Count Thirty-Two of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

24. On Count Thirty-Three of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

25. On Count Thirty-Four of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

26. On Count Thirty-Five of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __X__ Not Guilty

27. On Count Thirty-Six of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __x__ Not Guilty

28. On Count Thirty-Seven of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __x__ Not Guilty

29. On Count Thirty-Eight of the Second Superseding Indictment (health care fraud), Defendant Alshalabi is: _____ Guilty __x__ Not Guilty

30. On Count Thirty-Nine of the Second Superseding Indictment (money laundering), Defendant Alshalabi is: __x__ Guilty _____ Not Guilty

31. On Count Forty of the Second Superseding Indictment (money laundering), Defendant Alshalabi is: __x__ Guilty _____ Not Guilty

[signature redacted]
FOREPERSON

10/31/2024
DATE