IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA              )
                                           )
                                         )
V.                                 ) CASE NO.: 3:21-CR-00171
FADEL ALSHALABI                 ) JUDGE RICHARDSON

**DEFENDANT ALSHALABI'S UNOPPPSED MOTION FOR ADDITIONAL
EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS**

Fadel Alshalabi, through his counsel, moves this Court for an additional extension of time to file post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33. In support of this motion, defendant states:

Following an eight-weeks just trial, a jury convicted defendants on varying counts of the Second Superseding Indictment. Following the discharge of a jury, a defendant has fourteen days to file a motion for judgment of acquittal or motion for a new trial. Defendants filed an unopposed joint motion to extend that deadline to December 31, 2024 and the Court granted that motion.

Defendant Alshalabi has had some financial difficulties raising money for the transcripts necessary to support arguments for the motions and needs some additional time to order those transcripts and assess which ones are necessary for the motions. In addition, it is necessary to have those transcripts to fully research and brief all the issues with that support. Undersigned has begun that process and is in contact with the court reporting parties at the time of filing this motion.

Defendant Alshalabi needs an additional three weeks from December 31, 2024 to order the transcripts and complete the motions.

Counsel for Defendant Harris and counsel for the Government were contacted and this motion is unopposed.

DATE:        December 26, 2024        Respectfully submitted,

**MEGGAN BESS SULLIVAN**
222 2nd Avenue South
Suite 1700
Nashville, TN 37201
(615) 457-0449
msullivan@chapmanlawgroup.com

BY:     */s/ Meggan Bess Sullivan*
        MEGGAN BLESS SULLIVAN
        Attorney for Fadel Alshalabi

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

This 26th day of December, 2024

*/s/ Meggan Bess Sullivan*
MEGGAN BESS SULLIVAN