REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:21-cr-00171

UNITED STATES OF AMERICA

Judge: Eli Richardson

V.

Hearing Date: 06/25/2025

[1] FADEL YASER ALSHALABI

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sarah Bogni and Robert Levine

Defense Attorney(s): Meggan Sullivan, Erin Palmer Polly, Robert Higdon and John Lawrence

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing Hearing held - Arguments heard, exhibits admitted. Defendant sentenced to 60 months' incarceration, 3 years' supervised release, $1,300 special assessment. Defendant to self-report to the designated Bureau of Prisons facility on July 28, 2025 before 2:00 p.m. Exhibit List to be filed. Judgment to enter.

Total Time in Court: 6 Hours and 58 Minutes

Clerk of Court
by: Julie Jackson