# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

| UNITED STATES OF AMERICA<br>V.<br>[1] FADEL YASER ALSHALABI | EXHIBIT LIST<br><br>Case Number: 3:21-cr-00171 |
|---|---|

| PRESIDING JUDGE<br><br>Eli Richardson | PLAINTIFF'S ATTORNEY<br>Sarah Bogni<br>Robert Levine | DEFENDANTS' ATTORNEYS<br>Meggan Sullivan<br>Erin Palmer Polly<br>Robert Higdon<br>John Lawrence |
|---|---|---|
| Sentencing Hearing Date<br>06/25/2025 | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 06/25/2025 |   |   |   |
| 7 |   |   | X | X | Correspondence from Humana regarding Position on Restitution, June 24, 2025 (2 pages) |
| 6 |   |   | X | X | Correspondence from Victim, Claudia Orr, June 24, 2025 (1 page) |
| 1 |   |   | X | X | Copy of documentation from Division of Business Services, State of Tennessee, regarding Stars Holding, LLC (13 pages) |
| 2 |   |   | X | X | Copy of documentation from Division of Business Services, State of Tennessee, regarding Crestar Labs, LLC (19 pages) |
| 3 |   |   | X | X | Copy of documentation from Republic Bank regarding Crestar Labs LLC (38 pages) |